## STATE OF CONNECTICUT *v.* ERIC HAM

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 281 (AC 18127), is denied.

*William S. Palmieri,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided December 22, 1999

## STATE OF CONNECTICUT *v.* TONY NIEMEYER

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 55 Conn. App. 447 (AC 18590), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was insufficient evidence to support a conviction for kidnapping in violation of General Statutes § 53a-92 (a) (2) (A) and (C)?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16232.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in support of the petition.

*Pamela S. Nagy,* assistant public defender, in opposition.

Decided December 22, 1999